IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
J & J PRODUCTIONS, INC,              No    C 09-5118 VRW

        Plaintiff,                         ORDER

        v

ESMERALDA ARRIZON, et al,

        Defendants.
                                    /
```

Based on the joint case management conference statement filed on January 27, 2010, Doc #12 at 3, the above-captioned case appears related to C 09-04203 JW. Accordingly, pursuant to Civ LR 3-12(c), the matter is referred to Judge Ware to consider whether the cases are related.

The case management conference in the above-captioned case scheduled for February 4, 2010 is HEREBY VACATED subject to Judge Ware's ruling on the issue.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge