IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | NO. CV 09-04203 JW<br>NO. CV 09-05118 VRW |
| Plaintiff,<br>v. | **ORDER FINDING CASES NOT RELATED** |
| Esmeralda Arrizon, et al., | |
| Defendants. | |

Presently before the Court is Chief Judge Walker's February 3, 2010 Order. (hereafter "February 3, 2010 Order," C 09-05118-VRW Docket Item No. 4.) Chief Judge Walker referred J & J Sports Productions, Inc. v. Arrizon, et al., C 09-05118-VRW ("Second Action") to the Court for the purpose of determining whether it relates to J & J Sports Productions, Inc. v. Arrizon, et al., C 09-04203-JW ("First Action").

Civil Local Rule 3-12(a) provides:

An action is related to another when:
(1) The actions concern substantially the same parties, property, transaction or event; and
(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Here, the Court finds that although the cases have identical parties, they involve different events.[1] The Complaint in the First Action alleges that on September 13, 2008, Defendants

---

[1] (Compare Complaint, C 09-04203-JW Docket Item No. 1 with Joint Case Management Conference Statement, C 09-05118-VRW Docket Item No. 12.) The Court looks to the Joint Statement in case C 09-05118-VRW to discern the facts of that case because Plaintiff failed to electronically file its Complaint. (See Clerk's Notice Re: Failure to File Electronically and/or Register as an E-Filer, C 09-05118-VRW Docket Item 11.)

exhibited without authorization *"The Challenge": Joel Casamayor v. Juan Manuel Marquez, Ring Magazine World Lightweight Championship Fight Program*. (C 09-04203-JW Complaint ¶ 12.) In contrast, the Second Action is based on allegations that on November 1, 2008, Defendants exhibited without authorization *Latin Fury: "Final Impact," Julio Cesar Chavez, Jr. v. Matt Vanda, IBO/IBF Flyweight Championship Fight*. (See C 09-05118-VRW Joint Statement at 2.) These allegations show that although both cases involve alleged violations of Plaintiff's commercial distribution rights, the violations involved two separate fights occurring on two separate dates. Thus, the Court finds that there is no risk of "unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Accordingly, the Court finds that J & J Sports Productions, Inc. v. Arrizon, et al., C 09-04203-JW, and J & J Sports Productions, Inc. v. Arrizon, et al., C 09-05118-VRW, are not related.

Dated: February 19, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley  tprlaw@att.net
Bruce Charles Piontkowski  bpiontkowski@tingleyllp.com

**Dated: February 19, 2010**          **Richard W. Wieking, Clerk**

                                     **By:    /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**