IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

ESMERALDA ARRIZON,

    Defendant.

No. C 09-05118 WHA

**CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER**

    The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . ."

Dated: January 7, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE