CURTIS R. TINGLEY (SBN112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:   (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendants
ESMERALDA ARRIZON; MARIA DOLORES
ARRIZON; CESAR ENRIQUE CHIRINO; FELIPE
ARRIZON PENA

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ESMERALDA ARRIZON, MARIA DOLORES ARRIZON, CESAR ENRIQUE CHIRINO, and FELIPE ARRIZON PENA, INDIVIDUALLY and dba EL TAPATIO aka JORGE'S EL TAPATIO, <br><br> Defendants. | CASE NO. C09-05118 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER POSTPONING SETTLEMENT CONFERENCE** <br> TO MARCH 31, 2011 with <br> C09-4203 JW |

Counsel for Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendants ESMERALDA ARRIZON, MARIA DOLORES ARRIZON, CESAR ENRIQUE CHIRINO, and FELIPE ARRIZON PENA, INDIVIDUALLY and dba EL TAPATIO aka JORGE'S EL TAPATIO hereby STIPULATE to postponing the Settlement Conference with Magistrate Judge Elizabeth D. Laporte to April 2011.

The current date of February 23, 2011, will not be productive because Defendants have not been able to confirm the attendance of the insurance carrier. And their attendance is critical to resolution.

IT IS SO STIPULATED.

Dated: February 16, 2011

LAW OFFICES OF THOMAS P. RILEY

By: _____
THOMAS P. RILEY
Attorneys for Plaintiff

Dated: February 16, 2011

TINGLEY PIONTKOWSKI LLP

By: _____
BRUCE C. PIONTKOWSKI
Attorneys for Defendants

## ORDER

IT IS SO ORDERED.

The Settlement Conference currently scheduled for February 23, 2011, with Magistrate Judge Elizabeth D. Laporte, is hereby postponed to ~~April~~ March 31, 2011, at 9:30 a.m. Confidential Settlement Conference Statements shall be lodged by March 21, 2011.

Dated: February ___, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED

/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte