CURTIS R. TINGLEY (SBN112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:   (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendants
ESMERALDA ARRIZON; MARIA DOLORES ARRIZON; CESAR ENRIQUE CHIRINO; FELIPE ARRIZON PENA

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ESMERALDA ARRIZON, MARIA DOLORES ARRIZON, CESAR ENRIQUE CHIRINO, and FELIPE ARRIZON PENA, INDIVIDUALLY and dba EL TAPATIO aka JORGE'S EL TAPATIO, <br><br> Defendants. | CASE NO.  C09-05118 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER POSTPONING SETTLEMENT CONFERENCE** |

Counsel for Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendants ESMERALDA ARRIZON, MARIA DOLORES ARRIZON, CESAR ENRIQUE CHIRINO, and FELIPE ARRIZON PENA, INDIVIDUALLY and dba EL TAPATIO aka JORGE'S EL TAPATIO hereby STIPULATE to postponing the Settlement Conference with Magistrate Judge Elizabeth D. Laporte to the week of April 11, 2011.

The current date of March 31, 2011, will not be productive because the status of the insurance is in question. Counsel believes that a two-week extension may very well lead to a resolution without the expense of a settlement conference.

B91FF045.doc

STIPULATION POSTPONING SETTLEMENT CONFERENCE
CASE NO. C09-05118 WHA

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

1  IT IS SO STIPULATED.

2  Dated: March 29, 2011                    LAW OFFICES OF THOMAS P. RILEY

3

4                                            By: /s/ Thomas Riley
                                                THOMAS P. RILEY
5                                               Attorneys for Plaintiff

6
   Dated: March 29, 2011                    TINGLEY PIONTKOWSKI LLP
7

8
                                            By: /s/ Bruce Piontkowski
9                                               BRUCE C. PIONTKOWSKI
                                                Attorneys for Defendants
10

11

12                                **ORDER**

13  IT IS SO ORDERED.

14  The Settlement Conference currently scheduled for March 31, 2011, with Magistrate
15  Judge Elizabeth D. Laporte, is hereby postponed to ~~April ___, 2011, at ___ a.m.~~ May 3, 2011 at 1:30pm

16

17  Dated: March  30 , 2011

18                                            ELIZABETH D. LAPORTE
                                              United States Magistrate Judge
19

20

21

[Signature stamp: Judge Elizabeth D. Laporte, United States District Court, Northern District of California]