1
2
3
4
5

6                            IN THE UNITED STATES DISTRICT COURT

7

8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    J&J SPORTS PRODUCTIONS, INC.,

11              Plaintiff,                                No. C 09-05118 WHA

12        v.

13    ESMERALDA ARRIZON, *et al.*,                       **ORDER DENYING PLAINTIFF'S**
                                                         **REQUEST FOR JUDICIAL**
14              Defendants.                              **NOTICE OF SETTLEMENT**
                                               /
15

16         Counsel's request that judicial notice be taken of the parties' settlement is **DENIED**.  A

17    settlement agreement is not appended to the submission, so the Court has not been "supplied with

18    the necessary information" to take judicial notice.  FRE 201(d).  Moreover, a settlement is not an

19    adjudicative fact in this case.  FRE 201(a).  In fact, it seems from plaintiff's submission that the

20    settlement documents have not even been executed yet.

21         The Court acknowledges and thanks plaintiff's counsel for their notice of settlement, but

22    cautions that all deadlines and dates remain in effect until a dismissal is filed.

23

24         **IT IS SO ORDERED.**

25

26    Dated:  April 20, 2011.

27                                                    WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE
28

**United States District Court**
For the Northern District of California